George F. Allen, Bar No. 145357
looga@looga.com
1903 21st Street
Sacramento, California  958111
Telephone:     916.444.8765

Attorney for Plaintiff
PAUL JENSEN

Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
Nicholas W. McKinney, Bar No. 322792
nmckinney@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone:     916.830.7200
Facsimile:     916.561.0828

Attorneys for Defendants
CENTENE CORPORATION, CENTENE
MANAGEMENT COMPANY LLC, THE
LINCOLN NATIONAL LIFE INSURANCE
COMPANY, and LINCOLN FINANCIAL
GROUP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JENSEN,<br><br>                    Plaintiff,<br><br>          v.<br><br>CENTENE CORPORATION, CENTENE MANAGEMENT COMPANY LLC, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, LINCOLN FINANCIAL GROUP, and DOES 1 to 50,<br><br>                    Defendants. | Case No. 2:25-CV-00553-TLN-AC<br><br>**STIPULATION TO AMEND THE SCHEDULING ORDER; AND ORDER**<br><br><br>Complaint Filed:        December 30, 2024 |

STIPULATION TO AMEND THE
SCHEDULING ORDER; ORDER                                         CASE NO. 2:25-CV-00553-TLN-AC

Plaintiff PAUL JENSEN ("Plaintiff") and Defendants CENTENE CORPORATION, CENTENE MANAGEMENT COMPANY LLC, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, and LINCOLN FINANCIAL GROUP ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby agree and respectfully stipulate as follows:

**WHEREAS**, Plaintiff filed his Complaint on December 30, 2024, and the matter was removed to this Court on February 18, 2025;

**WHEREAS,** on February 20, 2025, this Court issued its Initial Pretrial Scheduling Order ("Scheduling Order"), which requires the following:

-Fact Discovery: Completed no later than three hundred and sixty-five (365) days from the date upon which the last answer is filed with the Court pursuant to the Federal Rules of Civil Procedure, or from the date of removal, whichever is later (February 18, 2026);

-Expert Disclosure: Sixty (60) days after the close of discovery;

-Supplemental Expert Disclosure: Within thirty (30) days after the designation of expert witnesses;

-Supplemental Discovery: No later than thirty (30) days prior to the dispositive motion filing deadline;

-Dispositive Motions: No later than one hundred eighty (180) days after the close of discovery;

-Trial Readiness: The Parties shall file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving the Court's ruling(s) on the last filed dispositive motion(s) or 30 days after the dispositive motion deadline if not filing a dispositive motion.

**WHEREAS,** following significant initial discovery, the Parties have agreed to mediate this matter on May 13, 2026;

**WHEREAS**, The Parties have not previously requested amendment to the scheduling order.

**WHEREAS,** The Parties have diligently pursued discovery in this case and now feel prepared to attend mediation. Both Parties have additional outstanding discovery (including three depositions currently noticed by Plaintiff) that they would like to pursue, but agree that time, effort,

and resources would be better spent mediating this case. For these reasons good cause exists to amend the scheduling order.

IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel of record, that the Court amend the current scheduling order as follows:

-Fact Discovery: No fact discovery shall be pursued by either party unless and until the mediation concludes without a settlement.  Fact discovery shall then be completed no later than forty-five (45) days from the date of mediation, or, if there is a mediator's proposal pending, forty-five (45) days from the expiration of that proposal (whichever is later);

-Expert Disclosure: Sixty (60) days after the close of discovery;

-Supplemental Expert Disclosure: Within thirty (30) days after the designation of expert witnesses;

-Supplemental Discovery: No later than thirty (30) days prior to the dispositive motion filing deadline;

-Dispositive Motions: No later than one hundred eighty (180) days after the close of discovery;

-Trial Readiness: The Parties shall file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving the Court's ruling(s) on the last filed dispositive motion(s) or 30 days after the dispositive motion deadline if not filing a dispositive motion.

Dated:  February 17, 2026                                    .


/s/_____
GEORGE F. ALLEN
Attorney for Plaintiff
PAUL JENSEN

LITTLER MENDELSON, P.C.

Dated:  February 17, 2026

/s/ _____
BARBARA A. BLACKBURN
NICHOLAS W. MCKINNEY
Attorneys for Defendants
CENTENE CORPORATION, CENTENE
MANAGEMENT COMPANY LLC, THE
LINCOLN NATIONAL LIFE INSURANCE
COMPANY, and LINCOLN FINANCIAL GROUP

4934-0580-5196 / 082220.1325

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

- Fact Discovery: No fact discovery shall be pursued by either party unless and until the mediation concludes without a settlement.  Fact discovery shall then be completed no later than forty-five (45) days from the date of mediation, or, if there is a mediator's proposal pending, forty-five (45) days from the expiration of that proposal (whichever is later);

- Expert Disclosure: Shall be made Sixty (60) days after the close of discovery;

- Supplemental Expert Disclosure: Shall be completed within thirty (30) days after the designation of expert witnesses;

- Supplemental Discovery: Shall be served no later than thirty (30) days prior to the dispositive motion filing deadline;

- Dispositive Motions: Shall be filed no later than one hundred eighty (180) days after the close of discovery;

- Trial Readiness: The Parties shall file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving the Court's ruling(s) on the last filed dispositive motion(s) or 30 days after the dispositive motion deadline if neither party files a dispositive motion.

DATED:  February 17, 2026

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION TO AMEND THE
SCHEDULING ORDER; ORDER                        5                    CASE NO. 2:25-CV-00553-TLN-AC