Lawrance A. Bohm (SBN: 208716)
**lab@bohmlaw.com**
Kelsey K. Ciarimboli (SBN: 302611)
**kciarimboli@bohmlaw.com**
Catharine P. McGlynn (SBN: 341866)
**cmcglynn@bohmlaw.com**
Michael A. Clowney (SBN: 344179)
**mclowney@bohmlaw.com**
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  866.920.1292
Facsimile:   916.927.2046
Email:   **blg001106@bohmlaw.com**

George F. Allen (SBN: 145357)
**looga@looga.com**
**THE LAW OFFICE OF GEORGE ALLEN**
1903 21st Street
Sacramento, California 95811
Telephone: 916.444.8765

Attorneys for Plaintiff,
PAUL JENSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JENSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTENE CORPORATION, CENTENE MANAGEMENT COMPANY LLC, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, LINCOLN FINANCIAL GROUP, and DOES 1 to 50,<br><br>        Defendants. | Case No.: 2:25-CV-00553-TLN-AC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)**<br><br><br><br>Action Filed:    December 30, 2024<br>Trial Date:      Not Set |

IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel that the above-captioned action be and hereby is dismissed with

**Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)**
*Jensen v. Centene Corporation, et al.*                                    BOHM LAW GROUP, INC.
Case No.: 2:25-CV-00553-TLN-AC                              LAW OFFICE OF GEORGE ALLEN

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii).  Each party shall bear his/its own costs and attorneys' fees.

Date: ___June 30, 2026___                          By:   _/s/ Kelsey K. Ciarimboli, Esq._
                                                          LAWRANCE A. BOHM, ESQ.
                                                          KELSEY K. CIARIMBOLI, ESQ.
                                                          CATHARINE P. MCGLYNN, ESQ.
                                                          MICHAEL A. CLOWNEY, ESQ.
                                                          GEORGE F. ALLEN, ESQ.

                                                          Attorneys for Plaintiff,
                                                          PAUL JENSEN

                                                                              (Approved on
Date: ___June 30, 2026___                          By:   _/s/ Barbara A. Blackburn_ 6/30/2026)
                                                          BARBARA A. BLACKBURN, ESQ.
                                                          NICHOLAS W. MCKINNEY, ESQ.

                                                          Attorneys for Defendants,
                                                          CENTENE CORPORATION,
                                                          CENTENE MANAGEMENT
                                                          COMPANY LLC, THE LINCOLN
                                                          NATIONAL LIFE INSURANCE
                                                          COMPANY, and LINCOLN
                                                          FINANCIAL GROUP

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

2

**Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)**
*Jensen v. Centene Corporation, et al.*                          BOHM LAW GROUP, INC.
Case No.: 2:25-CV-00553-TLN-AC                                   LAW OFFICE OF GEORGE ALLEN

*Jensen v. Centene Corporation, et al.*
United States District Court, Eastern District of California
Case No.: 2:25-CV-00553-TLN-AC

**CERTIFICATE OF SERVICE BY CM/ECF FILING**

I, the undersigned declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: 4600 Northgate Boulevard, Suite 210, Sacramento, California 95834.

On July 1, 2026, I served the within:

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)**

XX    By causing the above to be electronically served through the Eastern District CM/ECF filing System.

| | |
|---|---|
| **George F. Allen, Esq.**<br>**looga@looga.com**<br>**THE LAW OFFICE OF**<br>**GEORGE ALLEN**<br>**1903 21st Street**<br>**Sacramento, CA 95811** | **Co-Counsel for Plaintiff,**<br>**PAUL JENSEN** |
| **Barbara A. Blackburn, Esq.**<br>**bblackburn@littler.com**<br>**Nicholas W. McKinney, Esq.**<br>**nmckinney@littler.com**<br>**Jessica Hughey**<br>**JJHughey@littler.com**<br>**LITTLER MENDELSON, P.C. 500**<br>**Capitol Mall, Suite 2000**<br>**Sacramento, CA 95814** | **Attorneys for Defendants**<br>**CENTENE CORPORATION,**<br>**CENTENE MANAGEMENT**<br>**COMPANY LLC, THE LINCOLN**<br>**NATIONAL LIFE INSURANCE**<br>**COMPANY, and LINCOLN**<br>**FINANCIAL GROUP** |

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 1, 2026, in Irvine, California.

_____
Juan Vazquez
Paralegal

3

Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)
*Jensen v. Centene Corporation, et al.*                                          BOHM LAW GROUP, INC.
Case No.: 2:25-CV-00553-TLN-AC                                          LAW OFFICE OF GEORGE ALLEN

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834